In the MATTER OF MARCELLA S., Respondent, v KARL T., Appellant. [639 NYS2d 86]

Contrary to the appellant's contention, the Family Court correctly determined that the defense of "contraceptive fraud" is not relevant to the issue of paternity (see, Matter of L. Pamela P. v Frank S., 59 NY2d 1).

We have considered the appellant's remaining contentions and find that they do not warrant reversal. Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.